**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| DWAYNE JORDAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:19CV14 RLW |
| ) | |
| CAPSTONE LOGISTICS, LLC, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL

Pursuant to the parties' Stipulation of Dismissal with Prejudice (ECF No. 26),

**IT IS HEREBY ORDERED** that Plaintiff Dwayne Jordan's claims against Defendants Capstone Logistics, LLC, and LMS Intellibound, LLC, are **DISMISSED with prejudice**, each party to bear its own costs.

Dated this 29th day of January, 2020.

_____
**RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE**